UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO.  24-11460-SMG
                                                          CHAPTER 7
LINDA MARIE TUMINELLI,
S.S. #xxx-xx-4677
            Debtor.
_____/
LINDA MARIE TUMINELLI,
            Plaintiff,
                                                          ADVERSARY CASE NO.
vs.
UNITED STATES OF AMERICA,
DEPT. OF TREASURY,
INTERNAL REVENUE SERVICE

            Defendants.
_____/

## ADVERSARY COMPLAINT TO DETERMINE
## PRIORITY AND DISCHARGEABILITY OF INCOME TAXES

Plaintiff, LINDA MARIE TUMINELLI, by and through her undersigned attorney, files her Adversary Complaint to Determine Priority and Dischargeability of Income Taxes against the Defendants, UNITED STATES OF AMERICA, DEPT. OF TREASURY, INTERNAL REVENUE SERVICE (IRS), and alleges:

1. Plaintiff is the Debtor in the above entitled Chapter 7 proceeding.

2. This adversary proceeding arises out of and relates to the above captioned Chapter 7 case, filed with this Court on February 15, 2024.

3. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 523(a)(1).

4. Plaintiff's Chapter 7 case was filed on February 15, 2024 and a discharge is scheduled to be entered approximately 120 days thereafter.

5. Plaintiff scheduled the following taxes as debts in her bankruptcy schedules, due to

Defendants, and alleges that such taxes are dischargeable in Plaintiff's Chapter 7 case: "possible liability for income tax" for 2015, 2016 and 2018 in the approximate total amount of $21,433.03.

6. The claim of Defendant IRS for income taxes due from Plaintiff for the tax years 2015, 2016 and 2018 is one that is dischargeable in Plaintiff's above captioned bankruptcy case by virtue of 11 U.S.C. §523(a)(1), in that these income taxes were for tax years more than three years before the filing of Plaintiff's bankruptcy case, a tax return for said year was actually filed by Plaintiff more than two years before the filing of the bankruptcy case, and Plaintiff is informed and believes that the taxes for said year were assessed more than 240 days before the filing of her bankruptcy case.

7. The claim was duly scheduled in Plaintiff's bankruptcy case as required by 11 U.S.C. §521(1).

WHEREFORE, Plaintiff prays for judgment as follows:

A. For judgment determining that Plaintiff's obligation and Defendant's claim for 2015, 2016 and 2018 income taxes in the approximate total amount of $21,433.03, together with penalties and interest thereon, is dischargeable in Plaintiff's bankruptcy case.

B. For such further relief as the Court considers proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

LAW OFFICE OF STUART A. YOUNG, P.A.
1860 Forest Hill Blvd., Ste. 201
West Palm Beach, Florida 33406
Telephone: (561) 433-4200
Facsimile: (561) 433-2988
E-Mail : syoung@ybplaw.com

BY: _____
STUART A. YOUNG
(Florida Bar No. 232920)